# United States District Court
## *Southern District of Georgia*

COREY CORNELLIUS ASHE,

Plaintiffs,

**V.**

ANSREW MCFARLANE, et. al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:26-cv-00057

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated October 1, 2026, this case is consolidated with CV 326-040. Any future filings shall be captioned and filed under CV 326-040. This case stands closed.

10/1/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*